IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          CASE NO. 1:10-cr-00043-MP -GRJ
                                                                     1:10-cr-00044-MP -GRJ

ROBERT ALEXANDER KRASNOW,

    Defendant.

_____/

## **O R D E R**

It has come to the attention of this Court that the probation officer assigned to this case has been served a subpoena from Assistant State Attorney Wesley Paxson, III, directing her to appear at the Hamilton County Courthouse on December 8, 2010, to testify in a hearing on a motion filed by Defendant to modify conditions of release in state case no. 10-000134-CF-(A). Before the probation officer will be required to appear pursuant to the subpoena, Assistant State Attorney Paxson will be required to inform this Court in writing the specific subject matter about which he intends to question the probation officer. The probation officer is directed not to appear pursuant to the subpoena until further order of this Court, after such written information is received and considered by this Court.

The U.S. Marshal is directed to serve a copy of this order directly on Assistant State Attorney Paxson.

**DONE AND ORDERED** this _3rd_ day of December, 2010

                                                *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge