IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    CASE NO. 1:10-cr-00043-MP
                                          1:10-cr-00044-MP

ROBERT ALEXANDER KRASNOW,

      Defendant.

_____/

## O R D E R

      This matter is before the Court on Doc. 34 in 1:10-cr-43 and Doc. 29 in 1:10-cr-44.  In these motions, Mr. Krasnow asks to extend the time for responding to the Presentence Investigative Report.  The motions are granted, and Defendant shall have until April 1, 2011 to respond to the PSI in each case.

      **DONE AND ORDERED** this  18th  day of January, 2011

                    _____*s/Maurice M. Paul*_____
                    Maurice M. Paul, Senior District Judge