IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              CASE NO. 1:10-cr-00043-MP-GRJ
                                                                         1:10-cr-00044-MP-GRJ

ROBERT ALEXANDER KRASNOW,

    Defendant.

_____/

## **O R D E R**

       This matter is before the Court on Doc. 46 in case 1:10-cr-00043 and Doc. 40 in case 1:10-cr-00044, both motions to continue sentencing filed by defendant Robert Alexander Krasnow.  The motions are granted, and sentencing is continued until August 4, 2011, at 10:30 a.m. for both cases.

       **DONE AND ORDERED** this *28th* day of June, 2011

                                    *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge